# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

                  v.                                 Crim. No.  5:11-CR-373-1FL

GARY KEVIN COATS

On November 18, 2013, the above named was placed on supervised release for a period of 36 months.  The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision.  It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                              Respectfully submitted,


_/s/Michael C. Britain_                                  _/s/Linwood E. King_
Michael C. Brittain                                     Linwood E. King
Senior U.S. Probation Officer                           U.S. Probation Officer


## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this____28th_____ day of ___September_____, 2015.

_____
Louise W. Flanagan
U.S. District Judge